106 Cal.App.2d 162 (1951)
JESS ESQUIVEL et al., Appellants,
v.
DR. RUPERT B. RANEY, Respondent.
Civ. No. 18200. 
California Court of Appeals. Second Dist., Div. Three. 
Aug. 17, 1951.
 Orloff & Pollack and Ruthe Jacobson for Appellants.
 Ralph N. Highsmith and Henry E. Kappler for Respondent. *163
 VALLEE, J.
 Plaintiffs appealed from an order setting aside the entry of the default of defendant Rupert B. Raney. No judgment has been entered in the action.
 [1] Section 963 of the Code of Civil Procedure enumerates the various orders from which appeals may be taken. An order setting aside a default before judgment is entered is not one of the orders enumerated. It is therefore not appealable. (See cases cited in 5 West's Cal.Dig. (1951) Appeal and Error, 152, 113(3).)
 Appeal dismissed.
 Shinn, P. J., and Wood (Parker), J., concurred.